## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| LeRoy K. Wheeler, | ) | |
| | ) | |
| Petitioner, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Tim Schuetzle, | ) | Case No.  1:09-cv-003 |
| | ) | |
| Respondent. | ) | |

_____

On April 2, 2009, the Defendant filed a Motion for Leave to File Documents Under Seal. He requests permission to file relevant state court documents under seal.  He further requests that he be allowed to file these documents conventionally with his Answer to the Plaintiff's Section 2254 Petition.  The court **GRANTS** the Defendant's motion (Docket No.  15).

**IT IS SO ORDERED.**

Dated this 3rd day of April, 2009.

*/s/  Charles S.  Miller, Jr.*
Charles S.  Miller, Jr.
United States Magistrate Judge