**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| LeRoy K. Wheeler, | ) | |
| | ) | |
| Petitioner, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Tim Schuetzle, | ) | |
| | ) | Case No. 1:09-cv-003 |
| Respondent. | ) | |

_____

On June 30, 2009, the Petitioner filed his response to Respondent's Motion to Dismiss on June 30, 2009. He also submitted several exhibits, which the Clerk's office filed conventionally. The Clerk's office is directed to provide copies of these exhibits to the Respondent.

**IT IS SO ORDERED.**

Dated this 30th day of June, 2009.

                */s/ Charles S. Miller, Jr.*
                Charles S. Miller, Jr.
                United States Magistrate Judge