# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| LeRoy K. Wheeler, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Robyn T. Schmalenberger, | ) | Case No. 1:09-cv-003 |
| | ) | |
| Warden. | ) | |

The Clerk's office is directed to seal Exhibit #14 to plaintiff's "Motion to Correct the Record" (Docket No. 49-15) as it contains sensitive, personal information.

**IT IS SO ORDERED.**

Dated this 8th day of October, 2015.

>  */s/ Charles S. Miller, Jr.*
>  Charles S. Miller, Jr., Magistrate Judge
>  United States District Court